**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kathy Sharman | Social Security number or ITIN xxx–xx–4082 |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 12–33533–JNP | |

# Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Kathy Sharman
> aka Kathy S Sharman, aka Kathy S Friswell

2/9/18

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                       **Chapter 13 Discharge**                       page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-33533-JNP
Kathy Sharman                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2           Date Rcvd: Feb 09, 2018
                               Form ID: 3180W           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db            #+Kathy Sharman,    21 Webster Avenue,    Cherry Hill, NJ 08002-3730
513384462      Accounts Receivable Management,    155 Mid-Atlantic Parkway,    Thorofare, NJ 08086-0129
513384463     +Allied Interstate,    3000 Corporate Exchange Dr., 5th Fl,    Columbus, OH 43231-7689
513557223      Bank of America, N.A.,    P.O. Box 660933,   Dallas, TX 75266-0933
513384472     +Eastern Account System,    75 Glen Road, Ste. 110,   Sandy Hook, CT 06482-1175
513384478     +Greater Living Foods,    c/o Levitan & Frieland, PC,    26 Columbia Turnpike, Suite 105,
                P.O. Box 35,    Florham Park, NJ 07932-0035
513384479      Home Depot,    PO Box 182676,   Dallas, TX 75285-3000
513384482     +JVS Properties Moorestown,    509 South Lenola Road,    Moorestown, NJ 08057-1561
513384483     +Montessori Academy,    28 Conrow Rd,   Riverside, NJ 08075-1750
513384488      PSE&G,    PO Box 14444,   New Brunswick, NJ 08906-4444
513384484     +Philip Sharman,    21 Webster Ave,   Cherry Hill, NJ 08002-3730
513384485     +Phillip Sharman,    516 Third Avenue,   Cherry Hill, NJ 08002-2840
513384486     +Premier Custom Wiring,    1658 Hulmeville Road,    Bensalem, PA 19020-3618
513384487     +Prestige Cartier and Associates,    3302 Scotts Lane, Suite 2121 I,    Philadelphia, PA 19129
513384489      Talbot's,    P.O. Box 740158,   Cincinnati, OH 45274-0158
513384490      Verizon,    PO box 4000,   Acworth, GA 30101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 09 2018 23:05:39     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2018 23:05:35     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             EDI: GMACFS.COM Feb 09 2018 22:48:00     Ally Financial,   PO Box 130424,
                Roseville, MN  55113-0004
cr             EDI: GMACFS.COM Feb 09 2018 22:48:00     Ally Financial serviced by Ally Servicing LLC,
                PO Box 130424,    Roseville, MN 55113-0004
cr            +EDI: WFNNB.COM Feb 09 2018 22:48:00     Talbots,   PO Box 740933,    Dallas, TX 75374-0933
513384464     +EDI: GMACFS.COM Feb 09 2018 22:48:00     Ally Financial,   P.O. Box 380902,
                Minneapolis, MN 55438-0902
513454432     +EDI: GMACFS.COM Feb 09 2018 22:48:00     Ally Financial,   c/o Ally Servicing LLC,
                P.O. Box 130424,    Roseville, MN 55113-0004
513384465      EDI: BANKAMER.COM Feb 09 2018 22:48:00     Bank of America Home Loans,    PO Box 5170,
                Simi Valley, CA 93062-5170
513384466      EDI: CITICORP.COM Feb 09 2018 22:48:00     CitiBank,   PO Box 182564,    Columbus, OH 43218
513384467     +E-mail/Text: banko1@cpicollects.com Feb 09 2018 23:05:29     Collection Professional,
                29 N Connor St,    Shridan, WY 82801-4306
513384468      E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 09 2018 23:06:17     Comcast,
                PO Box 5025,    Cherry Hill, NJ 08034-0404
513384471     +EDI: TSYS2.COM Feb 09 2018 22:48:00     DSNB/Macys,   P.O. Box 8218,    Mason, OH 45040-8218
513415535     +EDI: TSYS2.COM Feb 09 2018 22:48:00     Department Stores National Bank/Macys,
                Bankruptcy Processing,    Po Box 8053,   Mason, OH 45040-8053
513384469      EDI: DISCOVER.COM Feb 09 2018 22:48:00     Discover Card,   PO Box 71084,
                Charlotte, NC 28272-1084
513384473     +E-mail/Text: bbagley@enerbankusa.com Feb 09 2018 23:05:14     Ener Bank,    PO BOX 26856,
                Salt Lake City, UT 84126-0856
513384474     +E-mail/Text: bankruptcy@fult.com Feb 09 2018 23:06:54     Fulton Bank of New Jersey,
                1695 State Street,    East Petersburg, PA 17520-1328
513433988      EDI: RMSC.COM Feb 09 2018 22:48:00     GE Capital Retail Bank,    Attn: Bankruptcy Department,
                PO Box 960061,    Orlando FL 32896-0661
513384475      EDI: RMSC.COM Feb 09 2018 22:48:00     GE Capital Retail Bank,    P.O. Box 960061,
                Orlando, FL 32896-0061
513384476     +EDI: RMSC.COM Feb 09 2018 22:48:00     GECRB/Care Credit,   PO Box 981439,
                El Paso, TX 79998-1439
513384477      EDI: RMSC.COM Feb 09 2018 22:48:00     GEMB/Sam's Club,   PO Box 965005,
                Orlando, FL 32896-5005
513384480     +EDI: RMSC.COM Feb 09 2018 22:48:00     Home Design- NHFA/GECRB,   PO BOX 960061,
                Orlando, FL 32896-0061
513384481      EDI: IIC9.COM Feb 09 2018 22:49:00     I.C. Systems, Inc.,   444 Highway 96 East,
                PO Box 64437,    Saint Paul, MN 55164-0437
513606258      EDI: PRA.COM Feb 09 2018 22:48:00     Portfolio Recovery Associates, LLC,
                c/o Home Design- Nhfa,    PO Box 41067,   Norfolk VA 23541
513416614     +E-mail/Text: bankruptcy@pseg.com Feb 09 2018 23:04:56     PSEG,   PO BOX 490,
                Cranford, NJ 07016,    Att:Bankruptcy Dept 07016-0490
513456463     +EDI: WFNNB.COM Feb 09 2018 22:48:00     Talbots,   c/o Creditors Bankruptcy Service,
                PO Box 740933,    Dallas, TX 75374-0933
513720909      EDI: ECAST.COM Feb 09 2018 22:48:00     eCAST Settlement Corporation,    POB 29262,
                New York NY 10087-9262
                                                                                               TOTAL: 26

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 09, 2018
                              Form ID: 3180W           Total Noticed: 42
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513384470      ##+Domers and Bonamassa,   151 Greentree Road, Suite D,    Marlton, NJ 08053-9416
                                                                       TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Debtor Kathy  Sharman andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              David A. Capozzi    on behalf of Creditor    JVS Properties, LLC david_capozzi@verizon.net
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial serviced by Ally Servicing LLC
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                              TOTAL: 9
```